# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, | CASE NO. 1:10-cv-01152-AWI-SKO PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | |
| J. SANCHEZ, et al., | (Doc. 8) |
| Defendants. | |

Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's application to proceed in forma pauperis be denied.  (Doc. #8.) Plaintiff's application to proceed in forma pauperis indicated that Plaintiff was able to afford the filing fee for this action and that Plaintiff intended to pay the filing fee in full.  On August 11, 2010, Plaintiff paid the filing fee of $350.00 for this action.  The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served.   Plaintiff did not file objections to the Findings and Recommendations.

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court

2  has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court

3  finds the Findings and Recommendations to be supported by the record and by proper analysis.

4  Accordingly, the Court HEREBY ORDERS that:

5  1.  The July 19, 2010 Findings and Recommendations are ADOPTED in full; and

6  2.  Plaintiff's June 25, 2010 application to proceed in forma pauperis is DENIED.

7

8  IT IS SO ORDERED.

9

10  Dated:    September 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE

2