1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9 | WARNER LIVINGSTON,

10 |                        Plaintiff,

11 |         v.

12 | J. SANCHEZ, et al.,

13 |                        Defendants.

14 | —————————————————————————— /

CASE NO. 1:10-cv–01152-BAM PC

ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION

RESPONSE DUE IN FOURTEEN DAYS

15      Plaintiff Warner Livingston is a state prisoner proceeding pro se in this civil rights action

16 pursuant to 42 U.S.C. § 1983.  This action is currently assigned only to the undersigned based on

17 Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local

18 Rules of the Eastern District of California.  Defendants Ayon and Sanchez have now appeared in the

19 action.

20      Therefore, Defendants shall notify the Court within **fourteen (14) days** from the date of

21 service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

22      Based on the foregoing, it is HEREBY ORDERED that:

23      1.      The Clerk of the Court is DIRECTED to send to Defendants Ayon and Sanchez a

24              copy of the consent/decline form and the instructions for consent to Magistrate Judge

25              jurisdiction; and

26 ///

27 ///

28 ///

1

2.    Within fourteen (14) days from the date of service of this order, Defendants Ayon and Sanchez shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

Dated:    **July 23, 2012**                          /s/ **Barbara A. McAuliffe**
                                                                        UNITED STATES MAGISTRATE JUDGE