# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>  Plaintiff,<br><br>   v.<br><br>J. SANCHEZ, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:10-cv–01152-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION<br><br>RESPONSE DUE IN FOURTEEN DAYS |

Plaintiff Warner Livingston is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants Ayon and Sanchez have now appeared in the action.

Therefore, Defendants shall notify the Court within **fourteen (14) days** from the date of service of this order whether they consent to or decline United States Magistrate Judge jurisdiction.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send to Defendants Ayon and Sanchez a copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction; and

///
///
///

1

2. Within fourteen (14) days from the date of service of this order, Defendants Ayon and Sanchez shall complete and return the Consent or Request for Reassignment form.

IT IS SO ORDERED.

**Dated:** **July 23, 2012**              /s/ **Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE