# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, | CASE NO. 1:10-cv–01152-LJO-BAM PC |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADING |
| v. | FOURTEEN-DAY DEADLINE |
| J. SANCHEZ, et al., | |
| Defendants. | |

Plaintiff Warner Livingston is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 27, 2012, an order issued granting Defendants' motion to dismiss Plaintiff's state law claims. Accordingly, Defendants shall file an answer or other responsive pleading within fourteen days from the date of service of this order.

IT IS SO ORDERED.

Dated: November 28, 2012          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

1