UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>J. SANCHEZ, et al.,<br><br>        Defendant. | Case No.: 1:10-cv-01152-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br><br>(ECF No. 54) |

Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently in the discovery phase, and on July 3, 2013, Defendants filed a request seeking to conduct Plaintiff's deposition by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' request to depose Plaintiff by videoconference is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: __July 11, 2013__        /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE