UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01152-LJO-BAM PC<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO COMPLETE HIS DISCOVERY ON DEFENDANTS J. SANCHEZ AND M. AYON (ECF No. 58.)<br><br>TWENTY-ONE-DAY DEADLINE |

　　　　Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 29, 2013, Plaintiff filed a motion requesting a 60-day extension of time to complete his discovery on Defendants J. Sanchez and M. Ayon. (ECF No. 58.) Defendants have not filed a response to the motion. Accordingly, Defendants are directed to file a response or a statement of non-opposition to Plaintiff's motion requesting a 60-day extension of time within twenty-one (21) days of the date of this order.

IT IS SO ORDERED.

　　Dated:　**October 7, 2013**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1