UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01152-LJO-BAM PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTENDANCE OF UNINCARCERATED WITNESSES WHO REFUSE TO TESTIFY VOLUNTARILY<br>(ECF No. 67)<br><br>DEADLINE TO SUBMIT WITNESS FEES:<br>**June 26, 2014** |

Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint, filed June 25, 2010, against Defendants Sanchez and Ayon for excessive force in violation of the Eighth Amendment.  This matter is set for a telephonic trial confirmation hearing on June 26, 2014, and a jury trial on August 12, 2014.

On May 7, 2014, Plaintiff filed the instant motion for the attendance of the following unincarcerated witnesses:  (1) J. Stoogodo, (2) Dr. P. Newtion, (3) Warden T. P. Wan, (4) Correctional Lieutenant J. Perez, (5) Correctional Sergeant C. Garza, and (6) Correctional Sergeant M. Lunes. (ECF No. 67.)  Defendants did not file any opposition.  The motion is deemed submitted.  Local Rule 230(l).

1

**I.     Motion for the Attendance of Unincarcerated Witnesses**

As noted above, Plaintiff seeks the attendance at trial of the following unincarcerated witnesses:  (1) J. Stoogodo, (2) Dr. P. Newtion, (3) Warden T. P. Wan, (4) Correctional Lieutenant J. Perez, (5) Correctional Sergeant C. Garza, and (6) Correctional Sergeant M. Lunes.  Plaintiff's motion requesting the attendance of the unincarcerated witnesses shall be granted.

If Plaintiff wishes to have J. Stoogodo and Dr. P. Newtion served with summonses to testify at trial, then Plaintiff must submit a money order, for *each* of these witnesses, made out to that witness in the amount of $462.17.[1]

If Plaintiff wishes to have Warden T. P. Wan, Correctional Lieutenant J. Perez, Correctional Sergeant C. Garza, and Correctional Sergeant M. Lunes served with summonses to testify at trial, then Plaintiff must submit a money order, for *each* of these witnesses, made out to that witness in the amount of $62.26.[2]

**II.    Conclusion and Order**

Based on the above, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for the attendance of unincarcerated witnesses J. Stoogodo, Dr. P. Newtion, Warden T. P. Wan, Correctional Lieutenant J. Perez, Correctional Sergeant C. Garza, and Correctional Sergeant M. Lunes is GRANTED;
2. To have J. Stoogodo and Dr. P. Newtion served with summonses to testify at trial, Plaintiff must submit a money order made out to each witness in the amount of $462.17 by June 26, 2014;
3. To have Warden T. P. Wan, Correctional Lieutenant J. Perez, Correctional Sergeant C. Garza, and Correctional Sergeant M. Lunes served with summonses to testify at trial,

---

[1] The amount for each of these witnesses is based on the daily witness fee of $40.00, plus $462.17 for round-trip mileage for one day.  28 U.S.C § 1821.  Plaintiff reports that each of these witnesses is located at Calipatria State Prison in Calipatria, California.  It is 818 miles, round trip, from Calipatria State Prison to the courthouse, and the current mileage reimbursement rate is $0.565 per mile.

[2] The amount for each of these witnesses is based on the daily witness fee of $40.00, plus $62.26 for round-trip mileage for one day.  28 U.S.C. § 1821.  Plaintiff reports that each of these witnesses is located at the California Substance Abuse Treatment Facility in Corcoran, California.  It is 110.2 miles, round trip, from the California Substance Abuse Treatment facility to the courthouse, and the current mileage reimbursement rate is $0.565 per mile.

1 | Plaintiff must submit a money order made out to that witness in the amount of $62.26 by June 26, 2014; and

4. The Court cannot accept cash and the money order may not be made out to the Court. The money order must be made out in the witness's name.

IT IS SO ORDERED.

Dated:  **June 2, 2014**             **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

5.