UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-01152-BAM PC<br><br>AMENDED ORDER DIRECTING CLERK OF COURT TO RETURN PARTIAL FEES FOR ATTENDANCE OF UNINCARCERATED WITNESS J. STOOGODO AT TRIAL<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT FULL AMOUNT OF FEES FOR ATTENDANCE OF UNINCARCERATED WITNESSES AT TRIAL<br><br>DEADLINE TO SUBMIT WITNESS FEES:<br>**July 25, 2014** |

　　Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for trial on August 12, 2014.

　　On June 3, 2014, the Court granted Plaintiff's motion for the attendance at trial of the following unincarcerated witnesses: (1) J. Stoogodo, (2) Dr. P. Newtion, (3) Warden T. P. Wan, (4) Correctional Lieutenant J. Perez, (5) Correctional Sergeant C. Garza, and (6) Correctional Sergeant M. Lunes. The Court informed Plaintiff that to have J. Stoogodo and Dr. P. Newtion served with

summonses to testify at trial, Plaintiff must submit a money order made out to each witness in the amount of $462.17 by June 26, 2014.  The Court also informed Plaintiff that to have Warden T. P. Wan, Correctional Lieutenant J. Perez, Correctional Sergeant C. Garza, and Correctional Sergeant M. Lunes served with summonses to testify at trial, he must submit a money order made out to that witness in the amount of $62.26 by June 26, 2014.  (ECF No. 69.)

On June 26, 2014, the Court granted Plaintiff's request for an extension of time to submit the witness fees for J. Stoogodo to July 14, 2014.  (ECF No. 79.)

On July 2, 2014, the Court issued an amended order granting Plaintiff's motion for the attendance of unincarcerated witnesses.  The Court indicated that the previous order containing the calculation of witness fees erroneously calculated the appropriate fees and mileage.  As such, the Court informed Plaintiff of the amended fee amounts for each witness.  Pursuant to that order, to have J. Stoogodo and Dr. P. Newtion served with summonses to testify at trial, then Plaintiff must submit a money order, for each of these witnesses, made out to that witness in the amount of $502.17.  To have Warden T. P. Wan, Correctional Lieutenant J. Perez, Correctional Sergeant C. Garza, and Correctional Sergeant M. Lunes served with summonses to testify at trial, then Plaintiff must submit a money order, for each of these witnesses, made out to that witness in the amount of $102.26.  The Court extended the deadline for Plaintiff to submit the fees to July 14, 2014.  (ECF No. 80.)

On July 7, 2014, Plaintiff submitted witness fees for J. Stoogodo in the amount of $462.17 (money order 198-532850).   It appears that these fees were forwarded to the Court before Plaintiff received the amended order setting forth the corrected calculations for witness fees.  Plaintiff is advised that he must submit the entire fee, which includes the daily witness fee and mileage, for each unincarcerated witness that he wishes to have attend trial.  The Court will not direct the United States Marshal to serve a subpoena until after receiving the entire fee for a witness as set forth in the Court's amended order of July 2, 2014.   Therefore, the Court will direct the Clerk of the Court to return the partial fees received on July 7, 2014.  To allow for submission of the full amount of fees, Plaintiff's deadline to submit the requisite money orders shall be extended to July 25, 2014.

///

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to return the money order (198-532850) in the amount of $462.17 for unincarcerated witness J. Stoogodo submitted by Plaintiff on July 7, 2014; and
2. Plaintiff's deadline to submit money orders in the full amount for unincarcerated witnesses to appear at trial is extended to July 25, 2014.

IT IS SO ORDERED.

Dated: **July 14, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE