# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>    Plaintiff,<br><br>v.<br><br>J. SANCHEZ, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-01152-BAM PC<br><br>**ORDER STAYING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE ODEL SMITH, CDCR #D-93516**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA STATE PRISON, LOS ANGELES COUNTY, AND BY MAIL ON WITNESS SMITH** |

This matter is currently set for jury trial before U. S. Magistrate Judge Barbara A. McAuliffe on August 12, 2014. On July 18, 2014, the Court issued a writ of habeas corpus ad testificandum directing the production inmate **Odel Smith, CDCR #D-93516**, for trial as a witness on behalf of Plaintiff. On July 25, 2014, the Court received and filed a letter from inmate Smith stating that he does not wish to be transported for trial. (ECF No. 107.) A telephonic hearing to discuss the matter with the parties has been scheduled. Therefore, the transportation writ shall be stayed, pending further order.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of inmate Odel Smith, CDCR #D-93516, is STAYED pending further order of the Court;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the

1           Litigation Office at California State Prison, Los Angeles County; and

2     3.     The Clerk's Office shall serve a courtesy copy of this order on Odel Smith, CDCR #D-93516.

IT IS SO ORDERED.

Dated:   **July 26, 2014**           /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE