# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:10-cv-01152-BAM PC<br><br>**ORDER SETTING TELEPHONIC HEARING REGARDING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ODEL SMITH FOR TRIAL**<br><br>**Date:  July 30, 2014**<br>**Time:  9:30 a.m.**<br>**Courtroom: 8 (BAM)**<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE PLAINTIFF WITH COPY OF LETTER FROM INMATE SMITH** |

　　　This matter is currently set for jury trial before U. S. Magistrate Judge Barbara A. McAuliffe on August 12, 2014.  Pursuant to the order filed on June 26, 2014, Plaintiff's motion for the attendance of inmate witness Odel Smith was granted.

　　　On July 25, 2014, the Court received and filed a letter from inmate Smith stating that he does not wish to be transported to court, he wants to stay out of this and he does not know anything. (ECF No. 107.)  Inmate Smith's letter conflicts with Plaintiff's representations to the Court that inmate Smith was an eye and ear witness to the events at issue in this action. Accordingly, it is HEREBY ORDERED that:

　　　1.　　The matter of trial witness Smith is set for a telephonic hearing on July 30, 2014, at

9:30 a.m. in Courtroom 8 before the undersigned;

    2.    The Clerk's Office is directed to serve Plaintiff by mail with a copy of inmate Smith's letter;

    3.    The Clerk's Office is directed to serve the Litigation Office at Centinela State Prison by e-mail with a copy of this order and a copy of inmate Smith's letter; and

    4.    The Litigation Office at Centinela State Prison is requested to provide a copy of this order and inmate Smith's letter to Plaintiff prior to the hearing on Wednesday, July 30, 2014.

IT IS SO ORDERED.

Dated: **July 26, 2014**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE