# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:10-cv-01152-BAM PC<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE ODEL SMITH, CDCR #D-93516**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CALIFORNIA STATE PRISON, LOS ANGELES COUNTY, AND BY MAIL ON WITNESS SMITH** |

　　　　This matter is currently set for jury trial before U. S. Magistrate Judge Barbara A. McAuliffe on August 12, 2014.  On July 18, 2014, the Court issued a writ of habeas corpus ad testificandum directing the production inmate **Odel Smith, CDCR #D-93516**, for trial as a witness on behalf of Plaintiff.  On July 25, 2014, the Court received and filed a letter from inmate Smith stating that he does not wish to be transported for trial.  (ECF No. 107.)  A telephonic hearing to discuss the matter with the parties was held on July 30, 2014.  Pursuant to the discussion at the telephonic hearing and Plaintiff's agreement, Inmate Smith will not be compelled to attend trial.  Therefore, the transportation writ shall be vacated.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The writ of habeas corpus ad testificandum directing the production of inmate Odel Smith, CDCR #D-93516, is  HEREBY VACATED;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Office at California State Prison, Los Angeles County; and

3. The Clerk's Office shall serve a courtesy copy of this order on Odel Smith, CDCR #D-93516.

IT IS SO ORDERED.

Dated: **July 30, 2014**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE