UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-01152-BAM PC<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN FEES FOR ATTENDANCE OF UNINCARCERATED WITNESS J. STOOGODO AT TRIAL<br><br>DEADLINE TO SUBMIT WITNESS FEES:<br>**August 5, 2014** |

　　　　Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for trial on August 12, 2014.

　　　　On June 3, 2014, the Court granted Plaintiff's motion for the attendance at trial of the following unincarcerated witnesses: (1) J. Stoogodo, (2) Dr. P. Newtion, (3) Warden T. P. Wan, (4) Correctional Lieutenant J. Perez, (5) Correctional Sergeant C. Garza, and (6) Correctional Sergeant M. Lunes. The Court informed Plaintiff that to have J. Stoogodo and Dr. P. Newtion served with summonses to testify at trial, Plaintiff must submit a money order made out to each witness in the amount of $462.17 by June 26, 2014.  (ECF No. 69.)

　　　　On June 26, 2014, the Court extended the time to submit the witness fees for J. Stoogodo to July 14, 2014.  (ECF No. 79.)

1

On July 2, 2014, the Court issued an amended order correcting the calculation of appropriate witness fees and mileage. The Court informed Plaintiff that to have J. Stoogodo served with a summons to testify at trial, Plaintiff must submit a money order made out to that witness in the amount of $502.17. The Court extended the deadline for Plaintiff to submit the fees to July 14, 2014. (ECF No. 80.)

On July 7, 2014, Plaintiff submitted witness fees for J. Stoogodo in the amount of $462.17 (money order 198-532850). These fees were forwarded to the Court before Plaintiff received the amended order setting forth the corrected calculations. Therefore, on July 14, 2014, the Court issued an order directing the Clerk of the Court to return the money order (198-532850) in the amount of $462.17 for unincarcerated witness J. Stoogodo. The Court also extended Plaintiff's deadline to submit money orders in the full amount for unincarcerated witnesses to appear at trial to July 25, 2014. (ECF No. 86.)

On July 28, 2014, Plaintiff submitted a check (198-532889) for J. Stoogodo in the amount of $502.17. Plaintiff also filed a notice of payment of the fee and correction of the witness' name from "J. Stoogodo" to "M. Stragado." (ECF No. 111.)

Upon review, it was determined that not only was the check made payable to the witness as "J. Stoogodo," but it was also made payable to the Clerk of the Court. As discussed at the telephonic hearing held on July 30, 2014, the witness would be unable to cash the check as currently issued and the Court will not order the U.S. Marshal to serve the witness with a subpoena in the absence of a check. Accordingly, the check will be returned to Plaintiff and the deadline for submission of fees will be extended to August 5, 2014. The Court will confer with the parties on August 4, 2014, during the time set for hearing the motions in limine, regarding the status of both the witness and the payment.

Based on the above, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to return the check (198-5329889) in the amount of $502.17 for unincarcerated witness J. Stoogodo submitted by Plaintiff on July 28, 2014;
2. Plaintiff's deadline to submit a money order in the full amount for unincarcerated witness M. Stragado to appear at trial is extended to August 5, 2014; and

3. The money order (or check) should be made payable only to M. Stragado in the amount of $502.17.

IT IS SO ORDERED.

Dated:  **July 30, 2014**                         /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE