# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>             Plaintiff,<br><br>     v.<br><br>J. SANCHEZ, et al.,<br><br>             Defendants.<br>_____/ | Case No.  1:10-cv-01152-BAM PC<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE EMMANUEL ROUNDTREE, CDCR # C-75317**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON SACRAMENTO STATE PRISON, AND BY MAIL ON INMATE ROUNDTREE** |

On July 18, 2014, the Court issued a writ of habeas corpus ad testificandum directing the production Inmate Emmanuel Roundtree, CDCR #C-75317, for trial as a witness on behalf of Plaintiff. On August 4, 2014, the Court vacated the August 12, 2014 trial date. The trial will be continued approximately sixty (60) days, and it is not necessary to transport Inmate Roundtree at this time.   Therefore, the transportation writ shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of inmate Emmanuel Roundtree, CDCR #C-75317, is  HEREBY VACATED;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Office at Sacramento State Prison;

3. The Clerk's Office shall serve a courtesy copy of this order by mail on Inmate

Roundtree; and

4. As appropriate and necessary, the Court will issue an amended writ of habeas corpus ad testificandum prior to the new trial date.

IT IS SO ORDERED.

Dated:   **August 4, 2014**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE