# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, | Case No. 1:10-cv-01152-BAM PC |
| Plaintiff, | **ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE DONALD WASHINGTON, CDCR #P-56994** |
| v. | |
| J. SANCHEZ, et al., | |
| Defendants. | **ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON MULE CREEK STATE PRISON, AND BY MAIL ON INMATE WASHINGTON** |
| _____/ | |

On July 18, 2014, the Court issued a writ of habeas corpus ad testificandum directing the production Inmate Donald Washington, CDCR #P-56994, for trial as a witness on behalf of Plaintiff. On August 4, 2014, the Court vacated the August 12, 2014 trial date. The trial will be continued approximately sixty (60) days, and it is not necessary to transport Inmate Washington at this time.   Therefore, the transportation writ shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of inmate Donald Washington, CDCR #P-56994, is HEREBY VACATED;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Office at Mule Creek State Prison;

3. The Clerk's Office shall serve a courtesy copy of this order by mail on Inmate

1  Washington; and

2  4. As appropriate and necessary, the Court will issue an amended writ of habeas
3  corpus ad testificandum prior to the new trial date.

IT IS SO ORDERED.

Dated: **August 4, 2014**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE