# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>            Plaintiff,<br><br>      v.<br><br>J. SANCHEZ, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:10-cv-01152-BAM PC<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING TRANSPORTATION OF INMATE WARNER LIVINGSTON CDCR #D-64125**<br><br>**ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON CENTINELA STATE PRISON** |

On July 18, 2014, the Court issued a writ of habeas corpus ad testificandum directing the production Inmate Warner Livingston, CDCR #D-64125, for trial as a witness on his own behalf. On August 4, 2014, the Court vacated the August 12, 2014 trial date. The trial will be continued approximately sixty (60) days and it is not necessary to transport Inmate Livingston at this time. Therefore, the transportation writ shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. The writ of habeas corpus ad testificandum directing the production of inmate Warner Livingston, CDCR #D-64125, is HEREBY VACATED;

2. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Office at Centinela State Prison; and

3. The Court will issue an amended writ of habeas corpus ad testificandum prior to the new trial date.

IT IS SO ORDERED.

Dated:   **August 4, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2