# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, | Case No. 1:10-cv-01152-BAM PC |
| Plaintiff, | **ORDER VACATING TRIAL DATE AND CONTINUING TRIAL** |
| v. | **ORDER SETTING STATUS CONFERENCE:** |
| J. SANCHEZ, et al., | |
| Defendants. | **October 20, 2014, at 9:00 a.m. in Courtroom 8 (BAM)** |

_____/

On August 4, 2014, the parties appeared for a telephonic motion in limine hearing before the undersigned. During the course of the hearing, the parties agreed to vacate the August 14, 2014 trial date and continue the trial approximately sixty (60) days in order to allow Plaintiff an opportunity to secure the attendance of proposed witness J. Straga. A status conference will be held on October 20, 2014, to discuss Plaintiff's efforts to secure the attendance of this witness for trial.

Based on the continuation, the current dates for submission of trial exhibits, trial briefs, proposed jury instructions, proposed verdict forms, and proposed voir dire as set forth in the Amended Pretrial Order of July 15, 2014, shall be vacated. The Court will reset the relevant deadlines and trial date upon receipt of confirmation from defense counsel that Defendant Ayon, Defendant Sanchez and Defendants' trial witnesses will be available for the proposed trial date of

October 28, 2014.

    Accordingly, IT IS HEREBY ORDERED as follows:

1. The trial date of August 12, 2014 is VACATED;

2. The deadline for submission of trial exhibits, trial briefs, proposed jury instructions, proposed verdict forms, and proposed voir dire as set forth in the Amended Pretrial Order are VACATED. These deadlines will be reset upon confirmation of the continued trial date.

3. The trial is continued approximately sixty (60) days, with a proposed trial date of October 28, 2014;

4. Within seven (7) days of the date of this order, defense counsel shall submit written confirmation regarding the availability of Defendants and Defendants' witnesses for the proposed trial date of October 28, 2014;

5. A telephonic status conference is set for **October 20, 2014, at 9:00 a.m.** before the undersigned in Courtroom 8 (BAM); and

6. Defense counsel is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic hearing at (559) 499-5789.

IT IS SO ORDERED.

    Dated:   **August 4, 2014**          /s/ *Barbara A. McAuliffe*  
                                                UNITED STATES MAGISTRATE JUDGE