# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SANCHEZ, et al.,<br><br>    Defendants. | Case No. 1:10-cv-01152-BAM PC<br><br>**ORDER CONFIRMING TRIAL DATE**<br><br>**Jury Trial**: 10/28/2014, at 8:30 a.m. in Courtroom 8 (BAM)<br><br>**ORDER REGARDING FURTHER TRIAL PREPARATION** |

    Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se. Defendants J. Sanchez and M. Ayon ("Defendants") are represented by R. Lawrence Bragg and Tyler Vance Heath of the Attorney General's Office of the State of California.

    On August 4, 2014, the Court vacated the original trial date in this matter and proposed a trial date of October 28, 2014. Defense counsel was directed to notify the Court regarding the availability of Defendants and Defendants' witnesses on the proposed trial date. On August 11, 2014, Defendants confirmed their availability for trial on October 28, 2014. Accordingly, trial in this matter is HEREBY SCHEDULED for October 28, 2014, at 8:30 a.m. in Courtroom 8 (BAM) before the undersigned.

    **Further Trial Preparation**

        **1.    Trial Briefs**

    The parties are relieved of their obligation under Local Rule 285 to file a trial brief. If the

parties wish to submit a trial brief, they must do so on or before **October 21, 2014**.

### 2. <u>Verdict Form</u>

The Court will prepare the verdict form, which the parties will have the opportunity to review on the morning of trial. If the parties wish to submit a proposed verdict form, they must do so on or before **October 21, 2014.**

### 3. <u>Jury Instructions</u>

The Court will prepare the jury instructions, which the parties will have the opportunity to review on the morning of trial. Defendants shall file proposed jury instructions as provided in Local Rule 163 on or before **October 21, 2014**. Plaintiff is not required to file proposed jury instructions but if he wishes to do so, he must file them on or before **October 21, 2014**.

The parties shall use Ninth Circuit Model Civil Jury Instructions to the extent possible. Ninth Circuit Model Jury Instructions SHALL be used where the subject of the instruction is covered by a model instruction. Otherwise, BAJI or CACI instructions SHALL be used where the subject of the instruction is covered by BAJI or CACI. All instructions shall be short, concise, understandable, and neutral and accurate statements of the law. Argumentative or formula instructions will not be given and must not be submitted. Quotations from legal authorities without reference to the issues at hand are unacceptable.

The parties shall, by italics or underlining, designate any modification of instructions from statutory or case authority, or any pattern or form instruction, such as the Ninth Circuit Model Jury Instructions, BAJI, CACI, or any other source of pattern instructions. The parties must specifically state the modification made to the original form instruction and the legal authority supporting the modification.

The Court will not accept a mere list of numbers of form instructions from the Ninth Circuit Model Jury Instructions, CACI, BAJI, or other instruction forms. The proposed jury instructions must be in the form and sequence which the parties desire to be given to the jury. All blanks to form instructions must be completed. Irrelevant or unnecessary portions of form instructions must be omitted.

All jury instructions shall indicate the party submitting the instruction (e.g., Plaintiff or

Defendants), the number of the proposed instruction in sequence, a brief title for the instruction describing the subject matter, the text of the instruction, and the legal authority supporting the instruction. Defendants shall provide the Court with a copy of their proposed jury instructions via e-mail at: bamorders@caed.uscourts.gov.

### 4. **Proposed Voir Dire**

Proposed voir dire questions, if any, shall be filed on or before **October 21, 2014**, pursuant to Local Rule 162.1.

### 5. **Statement of the Case**

The parties may serve and file a non-argumentative, brief statement of the case which is suitable for reading to the jury at the outset of jury selection on or before **October 21, 2014**. The Court will consider the parties' statements but will draft its own statement. The parties will be provided with the opportunity to review the Court's prepared statement on the morning of trial.

### 6. **Trial Exhibits**

The original and two copies of all trial exhibits, along with exhibit lists, shall be submitted to Courtroom Deputy Harriet Herman no later than **October 21, 2014**. Plaintiff's exhibits shall be pre-marked with the prefix "PX" and numbered sequentially beginning with 100 (e.g., PX-100, PX-101, etc.). The Court notes that Plaintiff submitted trial exhibits on August 4, 2014. Defendants' exhibits shall be pre-marked with the prefix "DX" and numbered sequentially beginning with 200 (e.g., DX-200, DX-201, etc.).

**The parties are required to meet and confer, by telephone or other means, to agree upon and identify their joint exhibits, if any.** Joint exhibits shall be pre-marked with the prefix "JT" and numbered sequentially beginning with 1 (e.g., JT-1, JT-2, etc.), and Defendants' counsel shall submit the original and two copies of the joint trial exhibits, with exhibit lists, no later than **October 21, 2014**. All joint exhibits **are be admitted into evidence** for all purposes without further objection.

IT IS SO ORDERED.

Dated: **August 12, 2014**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE