1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 | WARNER LIVINGSTON,                )   Case No.: 1:10-cv-01152-LJO-BAM PC
                                      )
12 |                    Plaintiff,    )   ORDER DIRECTING DEFENDANTS TO FILE A
                                      )   RESPONSE OR STATEMENT OF NON-
13 |           v.                     )   OPPOSITION TO PLAINTIFF'S REQUEST TO
                                      )   SUBSTITUTE EXPERT WITNESS (ECF No. 127.)
14 | J. SANCHEZ, et al.,              )
                                      )
15 |                    Defendants.   )   SEVEN-DAY DEADLINE
                                      )
16 |                                  )
                                      )
17 | _____)

18          Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma

19  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 5, 2014, Plaintiff filed

20  a motion requesting permission to substitute experts in light of the on-the-record discussion regarding

    service of expert witness Straga.  (ECF No. 127.)  Defendants have not filed a response to the motion.

21  Accordingly, Defendants are directed to file a response or a statement of non-opposition to Plaintiff's

22  motion within seven (7) days of the date of this order and no later than September 22, 2014.

23

24

    IT IS SO ORDERED.

25

26      Dated:   **September 15, 2014**        /s/ *Barbara A. McAuliffe*

27                                          UNITED STATES MAGISTRATE JUDGE

28

1