UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. SANCHEZ, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01152-BAM PC<br><br>ORDER DENYING PLAINTIFF'S EX PARTE MOTION REQUESTING THE COURT TO ISSUE A SUBPOENA FOR PLAINTIFF'S WITNESS DR. T. NEUMANN<br><br>(ECF No. 135) |

Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for jury trial on October 28, 2014.

On September 24, 2014, the Court granted Plaintiff's motion to substitute Dr. T. Neumann as an expert witness in the place of witness Straga. However, as Plaintiff failed to provide the Court with information regarding the appropriateness of subpoenaing Dr. Neumann for trial pursuant to Federal Rule of Civil Procedure 45, the Court informed Plaintiff that he would be responsible for securing the attendance of this witness at trial. (ECF No. 134, pp. 3-4.)

On October 6, 2014, Plaintiff filed the instant motion requesting that the Court issue a subpoena to secure the attendance of Dr. Neumann at trial. Plaintiff informed the Court that Dr. Neumann is an employee of the California Department of Corrections and Rehabilitation and is located at Centinela State Prison in Imperial, California. (ECF No. 135.)

Pursuant to Rule 45, a subpoena for the attendance of a witness at trial "may be served at any place: (A) within the district of the issuing court; (B) outside that district but within 100 miles of the place specified for the . . . trial . . .; (C) within the state of the issuing court if a state statute or court rule allows service at that place of a subpoena issued by a state court of general jurisdiction sitting in the place specified for the . . . trial . . .; or (D) that the court authorizes on motion and for good cause, if a federal statute so provides." Fed. R. Civ. P. 45(b)(2).

In this instance, Dr. Neumann is not located within the Eastern District of California or within 100 miles of this courthouse, and Plaintiff has not provided this Court with any authority demonstrating that the Court may properly issue a subpoena to secure the attendance of Dr. Neumann at trial. Accordingly, the Court will deny Plaintiff's request and return any related witness fees. However, as Dr. Neumann is reportedly an employee of the California Department of Corrections and Rehabilitation, Plaintiff may wish to inquire of defense counsel to determine if: (1) Dr. Neumann is willing to testify voluntarily; or (2) the Attorney General's Office will agree to accept service of a subpoena on behalf of Dr. Neumann.

For the reasons stated, Plaintiff's ex parte motion requesting the court to issue a subpoena for Plaintiff's witness Dr. T. A. Neumann, filed on October 6, 2014, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **October 8, 2014**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE