UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, ) | Case No.: 1:10-cv-01152-BAM PC |
| Plaintiff, ) | ORDER DIRECTING CLERK OF COURT TO RETURN FEES FOR WITNESS T. A. NEUMANN |
| v. ) | |
| J. SANCHEZ, et al., ) | |
| Defendants. ) | |

Plaintiff Warner Livingston ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter is set for trial on October 28, 2014.

On October 6, 2014, Plaintiff filed an ex parte motion requesting that the Court issue a subpoena to secure the attendance of Dr. T. A. Neumann at trial.  (ECF No. 134.)  On October 8, 2014, the Court denied the request and indicated that any related witness fees would be returned.  (ECF No. 136, p. 2.)

On October 9, 2014, Plaintiff submitted witness fees for T. A. Neumann in the amount of $510.00 (State of California check #198533014).  Pursuant to this Court's order of October 8, 2014, the check will be returned.

///

Accordingly, the Clerk of the Court is HEREBY DIRECTED to return the check (#198533014) in the amount of $510.00 for unincarcerated witness T. A. Neumann submitted by Plaintiff on October 9, 2014.

IT IS SO ORDERED.

Dated:   **October 9, 2014**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE