

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON,<br><br>    Plaintiff,<br><br>v.<br><br>J. SANCHEZ, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01152-BAM PC<br><br>NOTICE AND ORDER THAT WITNESS **DONALD WASHINGTON, CDC# P-56994,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br>(ECF No. 132) |

A jury trial in this matter commenced on October 28, 2014. Witness Donald Washington, CDC# P-56994, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/28/14

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1