

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> J. SANCHEZ, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> _____ ) | Case No.: 1:10-cv-01152-BAM PC <br><br> NOTICE AND ORDER THAT WITNESS **EMMANUEL ROUNDTREE, CDC# C-75317,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED <br> (ECF No. 131) |

A jury trial in this matter commenced on October 28, 2014. Witness Emmanuel Roundtree, CDC# C-75317, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/28/14

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1