

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER LIVINGSTON, | Case No.: 1:10-cv-01152-BAM PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON OCTOBER 29, 2014, AT 8:00 A.M. |
| v. | |
| J. SANCHEZ, et al., | |
| Defendants. | |

Plaintiff Warner Livingston, CDC# D-64125, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, October 29, 2014, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: 10/28/14

BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1