

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WARNER LIVINGSTON, | ) | Case No.: 1:10-cv-01152-BAM PC |
| Plaintiff, | ) ) | NOTICE AND ORDER THAT PLAINTIFF **WARNER LIVINGSTON, CDC# D-64125,** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | ) ) | |
| J. SANCHEZ, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | (ECF No. 130) |

A jury trial in this matter commenced on October 28, 2014. Plaintiff Warner Livingston, CDC# D-64125, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 10/30/14

/s/ Barbara A. McAuliffe
BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

1