UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WARNER LIVINGSTON,

    Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.   1: 10-CV-01152-BAM-PC

J. SANCHEZ and M. AYON,

    Defendants.

_____/

  X   JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment in favor of Defendants J. Sanchez and M. Ayon and against Plaintiff Warner Livingston.

DATED: November 3, 2014                    MARIANNE MATHERLY, Clerk

                                          By:  /s/ H.A. Herman

                                                Deputy Clerk